# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 05-2258

_____

| | | |
|---|---|---|
| Paul A. Culbreath, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Perryman Realty, Inc.; Danny | * | Eastern District of Arkansas. |
| Perryman; Barbara Perryman; Fulton | * | |
| Title Company; Karen Plumlee; | * | [UNPUBLISHED] |
| Bank of Salem, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: February 28, 2006
Filed: March 3, 2006

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

Paul Culbreath appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against defendants. Having carefully reviewed the record, *see Liberty Mut. Ins. Co. v. FAG Bearings Corp.*, 335 F.3d 752, 757 (8th Cir. 2003) (de novo standard of review), we agree with the district court that Culbreath

_____

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

is collaterally estopped from bringing his claim, for the reasons explained in the district court's opinion.  Accordingly, we affirm.  *See* 8th Cir. R. 47B.

_____